Whistleblower accounts

The Illegal President

Mr. Barrack Obama - Born in Mogumbo Kenya, Sea port

CV-11-374-EFS

British Citizen - not U.S. natural born

Born a month early - mother had labor pains early after swim

Mother wanted son to have U.S. citizenship - flew to Hawaii Aug 8th 1961, four days after birth. By Hawaiian law son/daughter has to have birth certificate in three days. Mother declares birth. Cannot also be done, only hospital can declare birth.

Kenya has no dual citizenship at this time. Barrack gets dual passport. Not possible.

No evidence mother ever married biological father.

Dad is already married, one child another on the way. Leaves Barracks mom/age 2.

Step Dad marries mom, but she dies early.

Barrack in C.I.A. at age 20 while

RECEIVED
OCT 0 5 2011
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

Whistleblower accounts/criminal violations

taking school at Princeton.
Princeton is known as a Psychological
schools.
Rockerfeller sponsored
Obama announces he's not eligible
to run for President to Alan Keyes
Grandmother, villagers all proud
know Barrack is a Kenyan
Barrack moves back to Kenya
to take care Grandmother.
Possibly poisons her to continue to
make sure she doesn't continue
to broadcast his real birthplace
Barrack the insider: Takes illegal
oath to be President. British citizen
wants gay and civil union.
Destroys military moral. now guys
can sexually propose sex to hetero
sexuals unrestricted.
Mr Obama is a suspect in three
deaths/homosexuals/men in his local
churches death.
Supposedly does these people in choir
group
Has own membership in gay bathhouse

U.S. Violations with Rob Emmanuel.

mercury - new light bulbs / subsidized from China by U.S. government $4.00 old light bulbs 39¢. new light bulbs hazardous to one's health.

mercury - vaccinations 30 times stronger than mercury

Agenda 21 - U.N. policy and law not U.S. policy / illegal / unconstitutional

30-35 czars - illegal / not appointed

Gulf incident - killed fishing industry, ecosystem, insider training with Rockefellers makes 100 million dollars

challenges D.O.M.A. marriage act, makes himself out to be a judge.

Warren Buffett gives financial advice to Bush. Buffet buys B.N.M. trains. Obama gives government tax dollar support to train industry

3.3 trillion original stimulus/ OBama allows 2.2 trillion out of the country to other banks.
The Gulf platform / fine Transoceanic/ OBama will eventually make $100,000,000 with insider / Rockerfeller Investment Mobil/Exxon stock. Instead of using biodegradable microbes uses poisonous conexit, now we have a double killer in the water- Conexit, methane gas, oil. OBama waits to hurricane season so all there can cover crops, oil, conexit, methane gas.
The shootings - Fort Hood, Arizona with Gabrrel Gifford, 9/11/2001 born girl/ Federal Judge. Hasan and others/ Fort Drum/ Shooting at Fayetville in around 2000 shooting of the black man 35 times false threats of aircraft bombings in miami, Chicago, New York Time Square. Dearborn/Detroit. Illegal investments in the car industry

the giveaway of taxpayer money in the auto industry of taxpayer money then the dud threat overhead aircraft bomber so he can use a scare tactic to sell it to the Chinese.

The coercion with Budweiser John McCain, Cynthia Helmsley McCain who are and have been under investigation for pre-exempt tax dollars, inside operations in beer, water, war profiteering, illegal campaign contributions the Keating Five savings and loan investment profit and scandal Pornography ring with Rupert Murdoch, Bill and Hillary Clinton. The short buying of the McCains in pre-9/11 tower stocks with Swiss Re producing millions in profits Stock and oil, commodity market manipulations, precious metal manipulations, currency manipulations

The hiring of Mr Daily, Fed Bank Goldman Sachs, for insider trading to all Federal Banks with first ear and time prime trading positions / the pipeline to all government programs / buys / and legislative incentive.

The health program boondoggle which is a tax now for some pie in the sky promise of health in the future

The 1% tax on all money placed in the bank when some or most of it doesnt even make 1%

The cap + trade proposal, another 450 billion advanced tax, when science doesnt back this up.

Legislation to kill seniors through homeland security / both proposed by Democrats and Republicans

The increase of surveillance instead of his promised decrease

The bypass of Congress on the war in Libya

Federal, Constitutional law violations on replacing leaders in other countries by use of military force (Lebanon, Libya, examples,

Providing aid and comfort to the enemy - the taliban through the C.I.A. (/ continuing the war at 400.00 a gallon through the U.S. taxpayer

Trying to kill off or eliminate medicare coverage and writing off the entire retirement fund for people at the retirement age.

Sending Hillary Clinton to China to give China U.S. land in case our interest payments on Bonds fails to be paid.

Giving away U.S. secret held technology to foreign countries

Penalizing businesses/wealthy with overbearing taxes

Buying the Hispanic vote through the

health system/ business offerings through the tax system/ while stagnating all other economic classes, providing A.T.F. weapons to poor hispanic children and training them to use weapons against Americans and other citizens

You will find these and more violations used out of my book Head On 1998 version. Mr. Barrack Hussein Obama is not a natural born citizen, born in Kenya and needs to be removed from office

One last thing - Putting the military in charge of the supposed 9/11 terrorists when it was the military who was the terrorists and for not allowing true americans to be called upon as witnesses to the event. This protects his cousins/ Dick Cheney, George W Bush George Bush

[signature]

10/05/2011